# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 23, 2021

Bridget M. McCormack,
Chief Justice

163112 & (14)(17)

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

AHMED AMR and BRENDA AMR,
      Plaintiffs-Appellants,

v

DR. LINDA COX,
      Defendant-Appellee,

and

ST. MARY MERCY LIVONIA, d/b/a
TRINITY-HEALTH MICHIGAN, and DR.
TRUPTI PATEL,
      Defendants.

SC: 163112
COA: 357234
Wayne CC: 19-001143-NH

_____/

On order of the Court, the motions for immediate consideration and to extend time for filing response are GRANTED. The application for leave to appeal the May 26, 2021 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 23, 2021
_____

_____
Clerk

p0720